IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JAMES DEBARR**, on behalf of himself and others similarly situated, | ) Case No. 1:23-cv-01000-DCN ) ) |
| Plaintiff, | ) Judge Donald C. Nugent ) ) |
| vs. | ) **ORDER GRANTING JOINT** |
| **MEDICAL SERVICE COMPANY**, | ) **MOTION FOR APPROVAL OF** ) **FLSA COLLECTIVE ACTION** ) **SETTLEMENT** |
| Defendant. | ) |

This matter is before the Court on the Parties' Joint Motion for Approval of FLSA Collective Action Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve as fair and reasonable, the proposed settlement (the "Settlement") reached by the Parties and memorialized in the Collective Action Settlement Agreement and Release (the "Agreement"). Unless otherwise defined, all terms used in this Order have the same meanings as defined in the Agreement.

Having reviewed the Joint Motion and its exhibits, the Agreement, the supporting declaration, and the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Order. In doing so, the Court approves the Agreement, the proposed Notice of Settlement of Collective Action Lawsuit, the proposed Claim Form, the proposed allocations of Settlement Awards, the Service Award to Named Plaintiff, and the attorneys' fees and litigation expenses to Plaintiffs' Counsel. In entering this Order, the Court finds as follows:

1. On May 17, 2023, Named Plaintiff filed this lawsuit.

2. On June 15, 2023, Defendant filed its Answer, in which it denied all liability, and continues to deny all liability.

3. On September 8, 2023, the Parties engaged in an all-day mediation session under the direction of mediator, Frank A. Ray. The Parties settled this lawsuit at that mediation.

4. The total settlement amount is $143,455.25. That amount does not include: the Settlement Administrator's costs or the required employer contributions with respect to any portion of the Settlement Award payments or Service Award payment treated as wages under IRS Form W-2.

5. The settlement will cover present and former hourly employees employed by Defendant who worked more than 40 hours in a workweek, and who were paid additional compensation, including, but not limited to, non-discretionary on-call bonuses during the Release Period. Eligible Settlement Participants are a group of 375 individuals identified for mediation and as outlined in the damages model shared during mediation. Eligible Settlement Participants include the Named Plaintiff and the Opt-In Plaintiffs. Settlement will exclude individuals with less than $1 in damages, as calculated by Plaintiffs' Counsel.

6. The Court approves and authorizes the distribution of the Notice of Settlement of Collective Action Lawsuit that is attached to the Agreement to the Eligible Settlement Participants in the manner, and subject to the terms and conditions, set forth in the Agreement.

7. The Court approves and authorizes the distribution of the Claim Form that is attached to the Agreement to Eligible Settlement Participants in the manner, and subject to the terms and conditions, set forth in the Agreement.

8. The Court approves the process outlined in the Agreement by which Eligible Settlement Participants become Claimants that are entitled to a Settlement Award payment.

9. The Agreement provides that, in consideration of the Settlement Award payments to the Claimants, the action is to be dismissed with prejudice.

10. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under Section 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement resulted from arm's-length negotiations between experienced counsel after substantial investigation and mediation before a competent third-party neutral.

11. The Court has considered all of relevant factors, including the risk, complexity, expense and likely duration of the litigation; the extent of investigation; the amount offered in the settlement; and the experience and views of the Parties' Counsel.

12. The Court finds that the Settlement is fair and reasonable.

13. The Court finds that the proposed allocation and calculation of the Settlement Award payments are fair and reasonable.

14. The Court approves the payment of attorneys' fees and litigation costs to Plaintiffs' Counsel and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

15. The Court approves the payment of the Service Payment to the Named Plaintiff and orders that such Service Payment be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

16. The Court dismisses the claims of the Claimants with prejudice and enters final judgment dismissing them from the action. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order immediately.

17. The Court retains jurisdiction over the action to enforce the terms of the Agreement, including, but not limited to, the administration of the settlement.

**SO ORDERED:**

Date: October 12, 2023

_____
Donald C. Nugent
United States District Court Judge